**UNITED STATES BANKRUPTCY COURT**
Eastern District of North Carolina (Wilson) <br>WILSON DIVISION

| | |
|---|---|
| IN RE: | Case No.:   8:12-bk-09098 |
| Debtors: Charles Lawson Snipes, III and Jana Page Snipes | Loan Number (Last 4):   8433 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Nationstar Mortgage, LLC | Bank of America, N.A. |
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 9 |
| Lewisville, TX 75067 | Amount of Claim:   $96,720.99 |
| | Date Claim Filed:   03/04/2013 |
| Phone:   877-782-7612 | Last Four Digits of Acct #:   8888 |
| Last Four Digits of Acct #:   8433 | |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone:   877-782-7612

Last Four Digits of Acct #:   8433

Transfer Effective: April 01, 2013

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| By: | /s/ Bill Taylor | Date: | 04-22-2013 |
| | Authorized Filing Agent for Filer | | |

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

572126-120d613f-8bd6-450d-929d-2259430620a2